```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )        4:06CR3030
      v.                        )
                                )
MANUEL ESCOBEDO PONCE,          )
                                )           ORDER
            Defendant.          )
                                )
```

IT IS ORDERED:

Defendant's motion to file pretrial motions out of time, filing 22, is granted and defendant may file pretrial motions on or before April 17, 2006.

DATED this 11th day of April, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge